UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

      - v. -                            :          **ORDER**

                       :          S1 07 Cr. 1099

HARRY VARGAS,                        :
     a/k/a "Mo,"
     a/k/a "Peter Perez,"             :
     a/k/a "P Murder,"
     a/k/a "Dough Boy,"
DANNY CHOU,
     a/k/a "Chino,"
SALEM LNU,
BENJAMIN RIVERA,
     a/k/a "Papo,"
CHRISTIAN SALAS,
LOUIS MORAN,
     a/k/a "Flaco,"                   :

              Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 8 2007

      Upon the application of the United States, by the
United States Attorney for the Southern District of New York,
Michael J. Garcia, by Assistant United States Attorney Todd
Blanche;

      It is found that the Indictment in the above-captioned
action is currently sealed and the United States Attorney's
Office has applied to have that Indictment unsealed, it is
therefore

      ORDERED that the Indictment in the above-captioned
action be unsealed and remain unsealed pending further order of
the Court.

Dated: New York, New York
       December 18, 2007

_____
UNITED STATE MAGISTRATE JUDGE