

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUL - 1 2008
UNITED STATES DISTRICT JUDGE

June 30, 2008

**BY FACSIMILE**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

Re:  United States v. Harry Vargas et al.
     07 Cr. 1099 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

The next pretrial conference is scheduled for Wednesday, July 2, 2008, at 4:00 p.m. Discovery has been produced, which included many audio CDs, as well as additional discovery. The parties have been reviewing discovery, and the Government is responding to additional discovery requests. The parties have not completed the review of discovery. Therefore, the parties respectfully request that the pre-trial conference scheduled for July 2, 2008, be adjourned until July 21, 2008, at 3:30 p.m. to allow the parties to continue discussions about a possible resolution to this case.

If Your Honor grants this request, then the Government respectfully requests that the Court exclude time from July 2, 2008, until July 21, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendants and the Government time to

*So Ordered.*
*Naomi Reice Buchwald*
*USDJ*
*7/3/08*

Hon. Naomi Reice Buchwald
June 30, 2008
Page 2

continue discussions about a possible pre-trial resolution to this case. Defense counsel consents to this request for an adjournment.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                By: _____
                      Todd Blanche
                      Assistant U.S. Attorney
                      (212) 637-2494
                      (212) 637-2390 (facsimile)

Encl.

cc: Lawrence DiGiansante, Esq.
    Attorney for defendant Harry Vargas

    Ira London, Esq.
    Attorney for defendant Danny Chou

    Joseph Grob, Esq.
    Attorney for defendant Christian Salas

    Gregory Cooper, Esq.
    Attorney for defendant Benjamin Rivera

    Eric Sears, Esq.
    Attorney for defendant Eric Sears